PS-8
8/88

# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. William Tant            Docket No. 5:10-CR-44-1BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Dewayne L. Smith, probation officer of the court, presenting an official report upon the conduct of defendant, William Tant, who was placed under pretrial release supervision by the Honorable David W. Daniel, U.S. Magistrate Judge, sitting in the Court at Greenville, NC, on the 10th day of February, 2010, under the following conditions:

- The defendant is placed in the custody of Bailey Forrest Tant, who agrees (a) to supervise the defendant in accordance with all conditions of release (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.
- Report to the probation office or supervising officer as directed.
- Execute a bond or an agreement to forfeit to appear as required the following sum of money or designated property: $50,000
- Maintain or actively seek employment.
- Surrender any passport to the United States Probation Office.
- Obtain no passport.
- Abide by the following restrictions on personal association, place of abode, or travel: Not leave the Eastern District of North Carolina.
- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution.
- Refrain from possessing a firearm, destructive device, or other dangerous weapons.
- Refrain from any use of alcohol.
- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- Submit to any method of testing required by the supervising officer for determining whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.

William Tant
Petition for Action
Page 2

- Participate in the following home confinement program and abide by all the requirements of the program which will not include electronic monitoring or other location verification system. Curfew: The defendant is restricted from his residence every day from 9:00 p.m. to 6:00 a.m.
- Immediately report any contact with law enforcement officers to your supervising U.S. Probation Officer.
- Submit to a warrantless search by a U.S. Probation Officer, or other law enforcement officer, with the prior approval of the U.S. Probation Officer, of the defendant's person, property, and abode, including the residence of any third party custodian, any vehicle in which the defendant is the driver or passenger of, to determine compliance with these conditions of release.

On August 9, 2010, the defendant appeared for his arraignment before the Honorable Terrence W. Boyle, U.S. District Judge, and pled guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess With Intent to Distribute Oxycodone and 21 U.S.C. § 841(a)(1), Distribution and Possession With the Intent to Distribute Oxycodone. Supervision was continued under existing conditions.

On February 15, 2011, the defendant was sentenced to the custody of the Bureau of Prisons for a period of 46 months. Tant was ordered to surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 pm on March 15, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 2, 2011, the probation officer received information from Assistant U.S. Attorney Denise Walker advising that the defendant threatened the confidential informant in this case. Tant posted several comments on the internet via "Facebook" by stating the following, "im facing time for two people's crime, but thats fine, im a man with a great fam, no need to snitch but times a coming for that....". Additionally, he wished harm on the confidential informant's unborn child by stating, "Imma scratch this off like a bad itch, unlike a snitch but now to your bitch, but gimme time I'll be back they better sound the alarms, I hope your baby is born without arms." On March 3, 2011, the probation officer spoke with the special agent in this case, who advised that these comments were posted for the confidential informant to see. The confidential informant called the agent and informed him of the comments that were made by the defendant.

**PRAYING THAT THE COURT WILL ORDER** that the order allowing the defendant to voluntarily surrender be revoked, and the defendant be taken into custody immediately.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Dewayne L. Smith |
| Jeffrey L. Keller | Dewayne L. Smith |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 1760 Parkwood Blvd., Room 201 |
| | Wilson, NC 27893-3564 |
| | Phone: (252) 237-0788 |
| | Executed On: March 3, 2011 |

William Tant
Petition for Action
Page 3

## ORDER OF COURT

Considered and ordered this ___4___ day of ___March___, 2011, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge