# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. William Tant                           Docket No. 5:10-CR-44-1BO

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Tant, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Oxycodone, in violation of 21 U.S.C. § 846 and Distribution and Possession With the Intent to Distribute Oxycodone, in violation of 18 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on February 15, 2011, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

William Tant was released from custody on August 23, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** During a home inspection on April 22, 2014, the defendant tested positive for marijuana via instant test. Tant signed an admission of drug use form acknowledging that he used marijuana on April 19, 2014. Tant was verbally reprimanded for this drug use and counseled about his actions. He has agreed to be placed in our Surprise Urinalysis Program, and he will be referred for a substance abuse assessment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

William Tant
Docket No. 5:10-CR-44-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: April 23, 2014

## ORDER OF COURT

Considered and ordered this 24 day of April, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge