# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. William Tant                                           Docket No. 5:10-CR-44-1BO

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Tant, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Oxycodone, in violation of 21 U.S.C. § 846 and Distribution and Possession With the Intent to Distribute Oxycodone, in violation of 18 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on February 15, 2011, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years under the standard conditions adopted by the court.

William Tant was released from custody on August 23, 2013, at which time the term of supervised release commenced. On April 24, 2014, due to the defendant testing positive for marijuana on April 22, 2014, the court added the following special condition:

> The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 26, 2015, the defendant tested positive for marijuana, which was confirmed through laboratory analysis on March 13, 2015. During a home inspection on March 20, 2015, the defendant signed an admission of drug use form acknowledging that he smoked marijuana on February 23, 2015. As a sanction for this violation, we are recommending that he be placed on the home detention program for a period of 30 days. Additionally, he was instructed to continue to participate in outpatient substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

William Tant
Docket No. 5:10-CR-44-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: March 22, 2015

### ORDER OF COURT

Considered and ordered this 23 day of March, 2015, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge